UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN ERNEST DADE, | Case No. 4-09-cv-00512-BLW |
| Petitioner, | 4-01-cr-00196-BLW |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pending before the Court is the Government's Motion for Order finding waiver of attorney client privilege and extension of time. (ECF No. 84). Mr. Dade's pending "Motion for Bail" (ECF No. 83) alleges various claims of ineffective assistance of named counsel. The Court finds that Mr. Dade has waived attorney-client privilege as it relates to his ineffective assistance of counsel claims. The Government may conduct investigations, including interviewing Mr. Dade's former counsel, and reviewing his files (under the supervision of the counsel) to the extent they contain material pertinent to Mr. Dade's claims, in order to fully respond to Mr. Dade's allegations.

ORDER

In addition, the Government seeks an additional sixty days to respond to Mr. Dade's Motion to allow more time to investigate. The Court has reviewed the file and Motion and is fully informed.

Accordingly,

**NOW THEREFORE IT IS ORDERED** that:

1. The Government's Motion for Order Finding Waiver of Attorney Client Privilege (docket no. 84) is **GRANTED**.

2. The Government's answer shall be filed and served no later than May 1, 2015.

3. Movant shall serve and file a reply to the United States' answer, if any, within 30 days of service of the United States' answer.

IT IS FURTHER ORDERED, that the Clerk shall send copies of this Order to counsel and to Mr. Dade at 3600 Guard Road, Lompoc, CA 93436-2705.

DATED: March 25, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER