IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN ERNEST DADE<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　Defendant. | Case No.  4:09-CV-512-BLW<br><br>(Criminal Case 4:01-cr-196-BLW)<br><br>**ORDER** |

　　This case has been dismissed and Judgment entered by this Court.  The appeal to the Ninth Circuit was denied, and the Supreme Court refused to review the case. Nevertheless, the defendant has continued to file meritless motions.  They shall all be denied, and no further filings will be accepted. Accordingly,

　　NOW THEREFORE IT IS HEREBY ORDERED, that the following motions and requests are DENIED: docket numbers 83, 85, 89, 100, 102, 103, 104, 108, 109,111, 112, and 113.

　　IT IS FURTHER ORDERED, that the Clerk shall refuse to file any further submissions in this case from the petitioner, including any motions, letters, and requests for subpoenas, and return them un-filed.

DATED: July 28, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court